IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | INDICTMENT |
| | : | |
| v. | : | CRIMINAL NO. 5:23-CR- 30 |
| | : | |
| JAYVON LATREZ ANTHONY | : | VIOLATIONS: |
| | : | 18 U.S.C. § 922(n) |
| | : | 18 U.S.C. § 924(a)(2) |

**THE GRAND JURY CHARGES:**

### COUNT ONE
(Possession of a Firearm by a Person under Felony Indictment)

On or about July 24, 2022, in the Macon Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**JAYVON LATREZ ANTHONY,**

Defendant herein, knowing that he was then under indictment for a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, one Pioneer Arms Corporation, Model Hellpup, 7.62 x 39 mm caliber pistol, Serial Number: PAC1169820, said firearm having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(n) and 924(a)(2).

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

PETER D. LEARY
UNITED STATES ATTORNEY
Presented by:

JOY ODOM
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 9 day of May, 2023.

Deputy Clerk

2